IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNA SMITH,<br><br>   Plaintiff,<br><br>     v.<br><br>INDYMAC FEDERAL BANK,<br>F.S.B., et al.,<br><br>   Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-1348-TWT |

ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant MERS' Motion to Dismiss [Doc. 4]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff's complaint fails to state a plausible claim for relief against MERS. Therefore, the Defendant's Motion to Dismiss [Doc. 4] is GRANTED. The action is dismissed against the remaining Defendants without prejudice for failure to effectuate service.

SO ORDERED, this 30 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge